John Rogers's Estate, Sarah E. Jackson's Appeal.

Argued Nov. 9, 1896. Appeal, No. 194, Oct. T., 1896, by Sarah E. Jackson, from decree of O. C. Allegheny Co., Sept. Term, 1896, No. 260, distributing fund. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

The facts appear by the next preceding case, page 602.

PER CURIAM, January 4, 1897:

We find no error in this record. The questions involved appear to have been carefully considered and rightly decided

by the court below. For reasons given by the learned auditing judge, we are all of opinion that the decree should not be disturbed.

Decree affirmed and appeal dismissed at appellant's costs.